GERALD WOLFE (SBN 180599)
6B LIBERTY, SUITE 210
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE (949)257-0961
FACSIMILE (949)878-4840

ATTORNEY FOR DEBTOR
DEANA F WAGNER

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>DEANA F WAGNER<br><br>Debtors, | ) CASE NO. 8:09-bk-18961-RK<br>)<br>) CHAPTER: 13<br>) JUDGE: ROBERT KWAN<br>)<br>) NOTICE OF MOTION AND DEBTORS'<br>) MOTION TO AVOID LIEN OF SECOND<br>) DEED OF TRUST HOLDER, CIT<br>) FINANCIAL SERVICES UNDER 11 U.S.C.<br>) § 506(a); MEMORANDUM OF POINTS<br>) AND AUTHORITIES, DECLARATIONS IN<br>) SUPPORT THEREOF; [PROPOSED]<br>) ORDER<br>)<br>) DATE: December 9, 2009<br>) TIME:. 2:30 PM<br>) COURTROOM: 5D<br>) |

**TO: THE HONORABLE ROBERT KWAN, UNITED STATES BANKRUPTCY COURT,**

**CHAPTER 13 TRUSTEE, CIT FINANCIAL SERVICES, and all other interested parties:**

**NOTICE IS HEREBY GIVEN** that on December 9, 2009 at 2:30 P.M. in Courtroom 5D, of

the U.S. Bankruptcy Court located at 411 W. Fourth St., Santa Ana, CA 92701, debtor Deana F.

Wagner will move this court for an order avoiding the lien of the second deed of trust holder, Cit

Financial Services from debtors' real property located at 28481 Via Ordaz, San Juan Capistrano,

CA 92675 under 11 U.S.C. §506(a) on the basis that said lien is wholly unsecured.

1    This motion is based upon this notice, the attached memorandum of points and

2    authorities, and Declaration of Debtor Deana F. Wagner, and the Declaration of Gerald Wolfe as

3    well as the records and files in this action, and such other evidence as may be presented at the

4    hearing on this matter.

5    ***Pursuant to Local Bankruptcy Rule 9013-1(7) any opposition to this Motion must be***

6    ***filed and served on debtors and debtors' counsel no less than fourteen (14) days prior to the***

7    ***above hearing date. Failure to file and serve a timely response to this Motion may result in a***

8    ***waiver of your right to oppose the Motion and the court may grant the requested relief without***

9    ***further notice to you.***

10    The Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §157 and 1334.  The

11    debtor has standing to bring this Motion.

12

13

     DATE:  October 27, 2009

14

15

                              _____/s/ Gerald Wolfe_____
16                            GERALD WOLFE
                              Attorney for Debtor Deana F. Wagner
17

18

19

20

21

22

23

24

25

26

27

28

# I. STATEMENT OF FACTS

Debtor filed the instant bankruptcy case on August 25, 2009. Debtor is fee simple owner of her principal residence located at 28481 Via Ordaz, San Juan Capistrano, CA 92675. ("Property"). (See Schedule A filed in the instant case as Exhibit "A" attached hereto and incorporated by reference.)

The fair market value of the property is $917,000 based on the following:

- Automated Valuation Model by The First American Corporation Credit Information Group (See Valuation attached as Exhibit "B"; Exhibit "B" is incorporated herein by reference.)

There are two deed of trusts and one nonconsensual judicial lien attached to the aforementioned property at issue. The First Deed of Trust is currently held by American Home Mortgage Servicing, Inc in the amount of approximately $1,055,265.79. (See Schedule D attached hereto as Exhibit "C" and Proof of Claim filed by American Home Mortgage Servicing attached as Exhibit "D"; both exhibits are incorporated herein by reference.) The Second Deed of Trust is held by Cit Financial Services in the approximate amount of $130,310. (See Schedule D attached hereto as Exhibit "C" incorporated herein by reference.)

# II. ARGUMENT

## A.    A SECURED CLAIM IS SECURED ONLY TO THE EXTENT OF THE VALUE OF THE COLLATERAL AND UNALLOWED SECURED CLAIMS ARE VOID

11 U.S.C Section 506(a) states that:

An allowed claim of a creditor secured by a lien on property in which the Estate has an interest, or that is subject to a setoff under section 553 of this Title, is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property, or to the extent of the amount subject to setoff ,as the case may be, and is an unsecured claim to the extent that the value of such creditor's interest or the amount so subject to setoff is less than the amount of such allowed claim.

11 U.S.C. Section 506(d) states that:

To the extent that a lien secures a claim against the debtor that is not an allowed secured claim, such lien is void. (emphasis added)

**B.   THE DEBTOR MAY REQUEST AND THE COURT MAY ENTER AN ORDER THAT VALUES COLLATERAL WHICH IS PROPERTY OF THE BANKRUPTCY ESTATE AND WHICH SECURES A CLAIM OF A CREDITOR AGAINST THE DEBTOR.**

Bankruptcy Rule 3012 states that the court may determine the value of a claim secured by a lien on property to which the estate has an interest on motion of any party and after a noticed hearing,

**C.   THE LIEN SHOULD BE AVOIDED AND REMOVED SINCE THE PROPERTY IS WORTH $917,000, WHICH IS LESS THAN THE PRINCIPAL BALANCE OF $1,055,265.79 ON THE FIRST DEED OF TRUST.**

The prevailing case law in this jurisdiction holds that Chapter 13 debtors are entitled to "strip off" totally unsecured junior mortgages on a principal residence where the claims of the junior lienholders are unsecured given that the value of the principal residence is less than the balance owed on the first mortgage. See, *In re Lam*. 211 B.R.36 (9th Cir. BAP. 1997). In *Lam* the court held a Debtor's completely unsecured junior mortgage could be stripped from his principal residence:

> The *Nobleman* decision holding that section 1322(b)(2) bars a chapter 13 plan from modifying the rights of holders of claims, secured only by the debtor's principal residence, does not apply to holders of totally unsecured claims. The extension of the protections of section 1322(b) to wholly unsecured lienholders is contrary to the provisions of the bankruptcy code allowing dischargeability of unsecured claims.

*In re Lam* followed the earlier decision of *In re Geyer* 203 B.R. 726 (S.D. Cal 1996) In *Geyer* the court sustained the Debtor's motion to avoid a lien brought under Bankruptcy Code

Section 506(d), and held that a chapter 13 debtor may strip off a lien on his or her primary

residence when the lienholder's interest is totally unsecured.

> ... the term 'secured claim' as used in section 1322(b)(2) has the same meaning as the term 'secured claim' in section 506(a). Unless there is some equity to which the creditor's lien attaches. there is no allowed secured claim and no entitlement to the protections against modification contained in section 1322 (b)(2). A chapter 13 debtor may 'strip-off' a lien on his or her primary residence under the plan or under section 506(d) when the lienholder's interest is totally unsecured. See, *In re Geyer*, 203 B.R. 726, 729 (S.D. Cal. 1996)

The Ninth Circuit allows this result when there is no equity to which the lien of the junior mortgage will attach. See, *In re Zimmer*, 313 F.3d 1229 (C.A.9 (Cal.) 2002). Thus if there is no equity to which a junior lien attaches, that debt becomes an unsecured claim and can be removed as a lien on the property on entry of the chapter 13 discharge.

In the instant case the Property to be retained in the Chapter 13 plan is debtor's principal residence. The value of the property is $917,000, and the principal balance of the First Deed of Trust is at least $1,055,265.79. Thus, the secured interest of the Second Deed of Trust is not only undersecured but wholly unsecured since there is absolutely no equity to which the Second Deed of Trust can attach. Therefore, Second Deed of Trust like that found *In re Lam* should be extinguished, treated as unsecured for purposes of the instant chapter 13 proceeding and discharged at the completion of the plan terms.

## III. CONCLUSION

The second Deed of Trust held by Cit Financial Services is wholly unsecured. Based on the foregoing, the debtor respectfully requests the following:

1.      That the Second Deed of Trust be deemed an unsecured claim during the pendency of the debtor's Chapter 13 plan, and the Chapter 13 Trustee treat such claim as an unsecured claim;

2.      That upon completion of all plan payments and entry of discharge in this case pursuant to 11 U.S.C. S. 1328, the second Deed of Trust of Cit Financial Services, or its successors, assigns

1  or other beneficial interest holder will be void and will not constitute an encumbrance on the

2  Property;

3  3.      That upon completion of all plan payments and upon entry of discharge in this case, Cit

4  Financial Services, or its successors, assigns or other beneficial interest holder is ordered to

5  immediately reconvey the second Deed of Trust and otherwise take such steps as are required to

6  clear title, free of said lien, as to the Property; and

7  4.      That the lien shall remain valid only if the case is either dismissed or converted to another

8  chapter prior to the completion of the plan and entry of a chapter 13 discharge.

9

10      DATE:  October 27, 2009

11

12                              _____/s/ Gerald Wolfe_____

13                              GERALD WOLFE
                                Attorney for Debtor Deana F. Wagner

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF DEANA F. WAGNER

# IN SUPPORT OF MOTION TO AVOID LIEN

I, DEANA F. WAGNER, declare as follows:

1. I am one of the debtors in this bankruptcy case, Case No. 8:09-bk-18961-RK

2. The statements made herein are from facts within my personal knowledge, and, if called as a witness, I could and would testify competently thereto.

3. Attached as Exhibit "B" is a true and correct copy of an Automated Valuation Model by The First American Corporation Credit Information Group.

I declare under penalty of perjury under the laws of the State of California

Executed this 27th day of October, 2009 at the City of _____ San Juan Capistrano _____, California.

Deana F. Wagner, debtor/declarant

1    **DECLARATION OF GERALD WOLFE IN SUPPORT OF MOTION TO AVOID LIEN**

2

3    I, Gerald Wolfe, declare as follows:

4

5    1. I am counsel of record for Deana F. Wagner in this bankruptcy case, Case No. 8:09-bk-

6       18961-RK

7    2. The statements made herein are from facts within my personal knowledge, and, if called

8       as a witness, I could and would testify competently thereto.

9    3. Attached as Exhibit "A" is a true and correct copy of Schedule A for the above

10      referenced case.

11   4. Attached as Exhibit "C" is a true and correct copy of Schedule D for the above referenced

12      case.

13   5. Attached as Exhibit "D" is a proof of claim filed by First Deed of Trust Holder American

14      Home Mortgage Servicing, Inc.

15

16   I declare under penalty of perjury under the laws of the State of California

17

18   Executed this 27th day of October, 2009 at Aliso Viejo,  California

19

20   __/s/ Gerald Wolfe_____

21   Gerald Wolfe, declarant

22

23

24

25

26

27

28

# EXHIBIT "A"

B6A (Official Form 6A) (12/07)

In re   **Deana F Wagner**                                                Case No.   **8:09-bk-18961**
_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Primary residence at 28481 Via Ordaz San Juan Capistrano, CA 92675** | **Primary residence** | **W** | **926,000.00** | **1,166,421.0(** |

|  | Sub-Total > | **926,000.00** | (Total of this page |
|---|---|---|---|
|  | Total > | **926,000.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

# EXHIBIT "B"

Prepared For:   Gerald Wolfe, Esq. PC
Account No:     20000900
Date:           October 22, 2009



*The First American Corporation*
CREDIT INFORMATION GROUP
*Data Source: First American Real Estate Solutions*

## Property Detail Report
For Property Located At

### 28481 VIA ORDAZ, SAN JUAN CAPISTRANO CA 92675-2940

**Owner Information:**

| | |
|---|---|
| Owner Name: | **WAGNER DEANA F** |
| Mailing Address: | **28481 VIA ORDAZ, SAN JUAN CAPISTRANO CA 92675-2940 C069** |
| Phone Number: | Vesting Codes: **MW / / SE** |

**Location Information:**

| | | | |
|---|---|---|---|
| Legal Description: | **N TR 8485 LOT 10** | | |
| County: | **ORANGE, CA** | APN: | **664-064-15** |
| Census Tract / Block: | **320.23 / 1** | Alternate APN: | |
| Township-Range-Sect: | | Subdivision: | |
| Legal Book/Page: | | Map Reference: | **36-E5 / 952-F7** |
| Legal Lot: | **10** | Tract #: | **8485** |
| Legal Block: | | School District: | **CAPISTRANO** |
| Market Area: | | Munic/Township: | |
| Neighbor Code: | | | |

**Owner Transfer Information:**

| | | | |
|---|---|---|---|
| Recording/Sale Date: | **09/03/2004 / 07/22/2004** | Deed Type: | **INTERSPOUSAL DEED TRANSFER** |
| Sale Price: | | 1st Mtg Document #: | |
| Document #: | **803587** | | |

**Last Market Sale Information:**

| | | | |
|---|---|---|---|
| Recording/Sale Date: | **09/03/2004 / 06/22/2004** | 1st Mtg Amount/Type: | **$650,000 / CONV** |
| Sale Price: | **$995,000** | 1st Mtg Int. Rate/Type: | **4.75 / ADJ** |
| Sale Type: | **FULL** | 1st Mtg Document #: | **803588** |
| Document #: | **803586** | 2nd Mtg Amount/Type: | **$115,000 / CONV** |
| Deed Type: | **GRANT DEED** | 2nd Mtg Int. Rate/Type: | **/ FIXED** |
| Transfer Document #: | | Price Per SqFt: | **$307.67** |
| New Construction: | | Multi/Split Sale: | |
| Title Company: | **OLD REPUBLIC TITLE** | | |
| Lender: | **TRUST ONE MTG** | | |
| Seller Name: | **REINHARDT ERNIE & SYDNEY** | | |

**Prior Sale Information:**

| | | | |
|---|---|---|---|
| Prior Rec/Sale Date: | **05/09/2003 / 04/21/2003** | Prior Lender: | |
| Prior Sale Price: | **$760,000** | Prior 1st Mtg Amt/Type: | **/** |
| Prior Doc Number: | **533927** | Prior 1st Mtg Rate/Type: | **/** |
| Prior Deed Type: | **GRANT DEED** | | |

**Property Characteristics:**

| | | | | | |
|---|---|---|---|---|---|
| Gross Area: | **3,234** | Parking Type: | | Construction: | |
| Living Area: | **3,234** | Garage Area: | | Heat Type: | |
| Tot Adj Area: | | Garage Capacity: | | Exterior wall: | |
| Above Grade: | | Parking Spaces: | | Porch Type: | |
| Total Rooms: | **9** | Basement Area: | | Patio Type: | |
| Bedrooms: | **3** | Finish Bsmnt Area: | | Pool: | **SOLAR** |
| Bath(F/H): | **3 /** | Basement Type: | | Air Cond: | |
| Year Built / Eff: | **1982 / 1983** | Roof Type: | | Style: | |
| Fireplace: | **/** | Foundation: | | Quality: | |
| # of Stories: | **2.00** | Roof Material: | | Condition: | |
| Other Improvements: | | | | | |

**Site Information:**

| | | | | | |
|---|---|---|---|---|---|
| Zoning: | | Acres: | **0.28** | County Use: | **SINGLE FAM RESIDENCE (1)** |
| Flood Zone: | **X** | Lot Area: | **12,350** | State Use: | |

Prepared For:    Gerald Wolfe, Esq. PC
Account No:      20000900
Date:            October 22, 2009



**The First American Corporation**

CREDIT INFORMATION GROUP

*Data Source: First American Real Estate Solutions*

| Flood Panel: | **0602310444H** | Lot Width/Depth: | **x** | Site Influence: | |
| Flood Panel Date: | **02/18/2004** | Res/Comm Units: | **/** | Sewer Type: | |
| Land Use: | **SFR** | | | Water Type: | |

***Tax Information:***

| Total Value: | **$854,000** | Assessed Year: | **2009** | Property Tax: | **$9,251.08** |
| Land Value: | **$592,772** | Improved %: | **31%** | Tax Area: | **23029** |
| Improvement Value: | **$261,228** | Tax Year: | **2009** | Tax Exemption: | |
| Total Taxable Value: | **$854,000** | | | | |

Prepared For:   Gerald Wolfe, Esq. PC
Account No:     20000900
Date:           October 22, 2009



*The First American Corporation*
CREDIT INFORMATION GROUP
*Data Source: First American Real Estate Solutions*

## Legal & Vesting Report
For Property Located At

### 28481 VIA ORDAZ, SAN JUAN CAPISTRANO CA 92675-2940

**LEGAL**
In the County of **Orange**, State of **California**

| | |
|---|---|
| Assessed Owner: | **DEANA F WAGNER**<br>**MARRIED WOMAN, SEPARATE ESTATE/PROPERTY** |
| Legal Description: | **A PARCEL OF LAND LOCATED IN THE STATE OF CALIFORNIA, COUNTY OF ORANGE, WITH A SITUS ADDRESS OF 28481 VIA ORDAZ, SAN JUAN CAPISTRANO CA 92675-2940 CURRENTLY OWNED BY WAGNER DEANA F HAVING A TAX ASSESSOR NUMBER OF 664-064-15 AND BEING THE SAME PROPERTY MORE FULLY DESCRIBED AS N TR 8485 LOT 10 AND DESCRIBED IN DOCUMENT NUMBER 803587 DATED 07/22/2004 AND RECORDED 09/03/2004.** |

| | | | |
|---|---|---|---|
| Subdivision: | | Legal Block/Bldg: | |
| Legal Book/Page: | | Legal Lot/Unit: | **10** |
| Assessor's Parcel #: | **664-064-15** | | |

| **PROPERTY ADDRESS** | **MAILING ADDRESS** |
|---|---|
| **28481 VIA ORDAZ**<br>**SAN JUAN CAPISTRANO,CA 92675** | **28481 VIA ORDAZ**<br>**SAN JUAN CAPISTRANO CA 92675-2940 C069** |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Tax Year: | **2009** | Property Tax: | **$9,251.08** |
| Assessed Year: | **2009** | Total Value: | **$854,000** |
| Tax Rate Area: | **23029** | Land Value: | **$592,772** |
| Delinquent Tax Year: | **2006** | Improvement Value: | **$261,228** |
| Exemption: | | % Improved: | **31%** |

**TRANSACTION HISTORY**

| History Record #: | **1** | | |
|---|---|---|---|
| *Finance:* | | | |
| Mtg Recording Date: | **10/13/2006** | Mtg Loan Type: | **CONV** |
| Mtg Document #: | **693925** | Mtg Rate Type: | |
| Document Type: | **DEED OF TRUST** | | |
| Lender: | **CIT GRP/CONSUMER FIN INC** | Mtg Term: | **25 YEARS** |
| Loan Amount: | **$120,000** | Mtg Rate: | |
| Borrower 1: | **WAGNER DEANA F** | Borrower Vesting: | **/ /** |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

| History Record #: | **2** | | |
|---|---|---|---|
| *Finance:* | | | |
| Mtg Recording Date: | **06/08/2005** | Mtg Loan Type: | **CONV** |
| Mtg Document #: | **443069** | Mtg Rate Type: | **ADJ** |
| Document Type: | **DEED OF TRUST** | | |
| Lender: | **OPTION ONE MTG CORP** | Mtg Term: | **30 YEARS** |
| Loan Amount: | **$960,000** | Mtg Rate: | **6.55** |
| Borrower 1: | **WAGNER DEANA F** | Borrower Vesting: | **MW / / SE** |
| Borrower 2: | | | |
| Borrower 3: | | | |

Prepared For:   Gerald Wolfe, Esq. PC
Account No:     20000900
Date:           October 22, 2009



**The First American Corporation**
CREDIT INFORMATION GROUP
*Data Source: First American Real Estate Solutions*

Borrower 4:

| | | | |
|---|---|---|---|
| History Record #: | **3** | | |
| *Finance:* | | | |
| Mtg Recording Date: | **03/01/2005** | Mtg Loan Type: | **PRIVATE PARTY** |
| Mtg Document #: | 152992 | Mtg Rate Type: | **FIXED** |
| Document Type: | **DEED OF TRUST** | | |
| Lender: | | Mtg Term: | |
| Loan Amount: | **$20,000** | Mtg Rate: | |
| Borrower 1: | **WAGNER DEANNA F** | Borrower Vesting: | **MW / / SE** |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

| | | | |
|---|---|---|---|
| History Record #: | **4** | | |
| *Finance:* | | | |
| Mtg Recording Date: | **03/01/2005** | Mtg Loan Type: | **PRIVATE PARTY** |
| Mtg Document #: | 152990 | Mtg Rate Type: | **FIXED** |
| Document Type: | **DEED OF TRUST** | | |
| Lender: | | Mtg Term: | |
| Loan Amount: | **$50,000** | Mtg Rate: | |
| Borrower 1: | **WAGNER DEANNA F** | Borrower Vesting: | **MW / / SE** |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

| | | | |
|---|---|---|---|
| History Record #: | **5** | | |
| *Finance:* | | | |
| Mtg Recording Date: | **02/17/2005** | Mtg Loan Type: | **CONV** |
| Mtg Document #: | 126144 | Mtg Rate Type: | **ADJ** |
| Document Type: | **DEED OF TRUST** | | |
| Lender: | **NEW CENTURY MTG CORP** | Mtg Term: | **30 YEARS** |
| Loan Amount: | **$845,750** | Mtg Rate: | **8.25** |
| Borrower 1: | **WAGNER DEANA F** | Borrower Vesting: | **MW / / SE** |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

| | | | |
|---|---|---|---|
| History Record #: | **6** | | |
| *Sale:* | | | |
| Sale Recording Date: | **09/03/2004** | Sale Price: | |
| Sale Date: | **07/22/2004** | Sale Price Type: | **UNKNOWN** |
| Rec. Document #: | 803587 | Multi/Split Sale: | |
| Document Type: | **INTERSPOUSAL DEED TRANSFER** | Other Document #: | |
| Title Company: | **OLD REPUBLIC TITLE** | | |
| Buyer: | **WAGNER DEANA F** | | |
| Seller: | **WAGNER BRADLEY S** | | |

| | | | |
|---|---|---|---|
| History Record #: | **7** | | |
| *Sale:* | | | |
| Sale Recording Date: | **09/03/2004** | Sale Price: | **$995,000** |
| Sale Date: | **06/22/2004** | Sale Price Type: | **FULL** |
| Rec. Document #: | 803586 | Multi/Split Sale: | |
| Document Type: | **GRANT DEED** | Other Document #: | |
| Title Company: | **OLD REPUBLIC TITLE** | | |
| Buyer: | **WAGNER DEANA F** | | |
| Seller: | **REINHARDT ERNIE & SYDNEY** | | |
| *Finance:* | | | |
| Mtg Recording Date: | **09/03/2004** | Mtg Loan Type: | **CONV** |
| Mtg Document #: | 803588 | Mtg Rate Type: | **ADJ** |

Prepared For:    Gerald Wolfe, Esq. PC
Account No:      20000900
Date:            October 22, 2009



*Data Source: First American Real Estate Solutions*

| | | | | |
|---|---|---|---|---|
| Document Type: | **DEED OF TRUST** | | | |
| Lender: | **TRUST ONE MTG** | Mtg Term: | **30 YEARS** | |
| Loan Amount: | **$650,000** | Mtg Rate: | **4.75** | |
| Borrower 1: | **WAGNER DEANA F** | Borrower Vesting: | **MW / / SE** | |
| Borrower 2: | | | | |
| Borrower 3: | | | | |
| Borrower 4: | | | | |
| *Finance:* | | | | |
| Mtg Recording Date: | 09/03/2004 | Mtg Loan Type: | **CONV** | |
| Mtg Document #: | 803589 | Mtg Rate Type: | **FIXED** | |
| Document Type: | **DEED OF TRUST** | | | |
| Lender: | **TRUST ONE MTG** | Mtg Term: | **15 YEARS** | |
| Loan Amount: | **$115,000** | Mtg Rate: | | |
| Borrower 1: | **WAGNER DEANA F** | Borrower Vesting: | **/ /** | |
| Borrower 2: | | | | |
| Borrower 3: | | | | |
| Borrower 4: | | | | |

| | | | |
|---|---|---|---|
| History Record #: | **8** | | |
| *Sale:* | | | |
| Sale Recording Date: | 09/03/2004 | Sale Price: | |
| Sale Date: | 07/22/2004 | Sale Price Type: | **UNKNOWN** |
| Rec. Document #: | 803585 | Multi/Split Sale: | |
| Document Type: | **INTERSPOUSAL DEED TRANSFER** | Other Document #: | |
| Title Company: | **OLD REPUBLIC TITLE** | | |
| Buyer: | **REINHARDT ERNIE & SYDNEY** | | |
| Seller: | **REINHARDT ERNIE & SYDNEY** | | |

| | | | |
|---|---|---|---|
| History Record #: | **9** | | |
| *Sale:* | | | |
| Sale Recording Date: | 05/21/2004 | Sale Price: | |
| Sale Date: | 05/20/2004 | Sale Price Type: | **UNKNOWN** |
| Rec. Document #: | 457029 | Multi/Split Sale: | |
| Document Type: | **INTERSPOUSAL DEED TRANSFER** | Other Document #: | |
| Title Company: | | | |
| Buyer: | **REINHARDT SYDNEY** | | |
| Seller: | **RENHARDT ERNEST** | | |

| | | | |
|---|---|---|---|
| History Record #: | **10** | | |
| *Sale:* | | | |
| Sale Recording Date: | 05/09/2003 | Sale Price: | |
| Sale Date: | 04/21/2003 | Sale Price Type: | **UNKNOWN** |
| Rec. Document #: | 533928 | Multi/Split Sale: | |
| Document Type: | **INTERSPOUSAL DEED TRANSFER** | Other Document #: | |
| Title Company: | **EQUITY TITLE CO.** | | |
| Buyer: | **REINHARDT ERNIE** | | |
| Seller: | **REINHARDT SYDNE R** | | |
| *Finance:* | | | |
| Mtg Recording Date: | 05/09/2003 | Mtg Loan Type: | **CONV** |
| Mtg Document #: | 533929 | Mtg Rate Type: | **ADJ** |
| Document Type: | **DEED OF TRUST** | | |
| Lender: | **WORLD SVGS BK FSB** | Mtg Term: | **30 YEARS** |
| Loan Amount: | **$570,000** | Mtg Rate: | |
| Borrower 1: | **REINHARDT ERNIE** | Borrower Vesting: | **MM / / SE** |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

Prepared For:    Gerald Wolfe, Esq. PC
Account No:      20000900
Date:            October 22, 2009



*The First American Corporation*
CREDIT INFORMATION GROUP
*Data Source: First American Real Estate Solutions*

History Record #:    **11**
*Sale:*

| | | | |
|---|---|---|---|
| Sale Recording Date: | **05/09/2003** | Sale Price: | **$760,000** |
| Sale Date: | **04/21/2003** | Sale Price Type: | **FULL** |
| Rec. Document #: | 533927 | Multi/Split Sale: | |
| Document Type: | **GRANT DEED** | Other Document #: | |
| Title Company: | **EQUITY TITLE CO.** | | |
| Buyer: | **REINHARDT ERNIE** | | |
| Seller: | **MORAN JOSEPH L & APRIL L** | | |

History Record #:    **12**
*Sale:*

| | | | |
|---|---|---|---|
| Sale Recording Date: | **08/06/2002** | Sale Price: | **$624,500** |
| Sale Date: | **04/23/2002** | Sale Price Type: | **FULL** |
| Rec. Document #: | 651790 | Multi/Split Sale: | |
| Document Type: | **CORPORATION GRANT DEED** | Other Document #: | |
| Title Company: | **EQUITY TITLE CO.** | | |
| Buyer: | **MORAN JOSEPH L & APRIL L** | | |
| Seller: | **CENDANT MOBILITY FINL CORP** | | |

History Record #:    **13**
*Sale:*

| | | | |
|---|---|---|---|
| Sale Recording Date: | **05/08/2002** | Sale Price: | **$305,500** |
| Sale Date: | **12/03/2001** | Sale Price Type: | **PARTIAL** |
| Rec. Document #: | 387046 | Multi/Split Sale: | |
| Document Type: | **GRANT DEED** | Other Document #: | |
| Title Company: | **EQUITY TITLE CO.** | | |
| Buyer: | **CENDANT MOBILITY FINL CORP** | | |
| Seller: | **TURSI TRUST** | | |

History Record #:    **14**
*Finance:*

| | | | |
|---|---|---|---|
| Mtg Recording Date: | **06/11/2001** | Mtg Loan Type: | **CONV** |
| Mtg Document #: | 381785 | Mtg Rate Type: | **ADJ** |
| Document Type: | **DEED OF TRUST** | | |
| Lender: | **BANK OF AMERICA** | Mtg Term: | **30 YEARS** |
| Loan Amount: | **$322,000** | Mtg Rate: | 6.5 |
| Borrower 1: | **TURSI TRUST** | Borrower Vesting: | **/ / PT** |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

History Record #:    **15**
*Finance:*

| | | | |
|---|---|---|---|
| Mtg Recording Date: | **08/17/1999** | Mtg Loan Type: | **CONV** |
| Mtg Document #: | 599009 | Mtg Rate Type: | |
| Document Type: | **DEED OF TRUST** | | |
| Lender: | **BANK OF AMERICA** | Mtg Term: | |
| Loan Amount: | **$50,000** | Mtg Rate: | |
| Borrower 1: | **TURSI PT** | Borrower Vesting: | **/ /** |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

History Record #:    **16**
*Finance:*

| | | | |
|---|---|---|---|
| Mtg Recording Date: | **04/15/1997** | Mtg Loan Type: | **CONV** |
| Mtg Document #: | 172787 | Mtg Rate Type: | **ADJ** |
| Document Type: | **DEED OF TRUST** | | |
| Lender: | **BANK OF AMERICA** | Mtg Term: | |
| Loan Amount: | **$20,000** | Mtg Rate: | |

Prepared For:   Gerald Wolfe, Esq. PC
Account No:     20000900
Date:           October 22, 2009

 **The First American Corporation**

CREDIT INFORMATION GROUP

*Data Source: First American Real Estate Solutions*

| | | | |
|---|---|---|---|
| Borrower 1: | **TURSI TRUST** | Borrower Vesting: | **/ / TR** |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

History Record #:   **17**
*Finance:*

| | | | |
|---|---|---|---|
| Mtg Recording Date: | **09/30/1996** | Mtg Loan Type: | **CONV** |
| Mtg Document #: | **497045** | Mtg Rate Type: | **ADJ** |
| Document Type: | **DEED OF TRUST** | | |
| Lender: | **DOWNEY S&L** | Mtg Term: | |
| Loan Amount: | **$255,000** | Mtg Rate: | |
| Borrower 1: | **TURSI TRUST** | Borrower Vesting: | **/ / TR** |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

History Record #:   **18**
*Finance:*

| | | | |
|---|---|---|---|
| Mtg Recording Date: | **08/12/1994** | Mtg Loan Type: | **CONV** |
| Mtg Document #: | **500974** | Mtg Rate Type: | |
| Document Type: | **DEED OF TRUST** | | |
| Lender: | **UNIVERSITY & ST EMPS FCU** | Mtg Term: | |
| Loan Amount: | **$20,000** | Mtg Rate: | |
| Borrower 1: | **TURSI JOSEPH** | Borrower Vesting: | **HW / U /** |
| Borrower 2: | **TURSI SUEZELLA J** | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

History Record #:   **19**
*Finance:*

| | | | |
|---|---|---|---|
| Mtg Recording Date: | **08/10/1988** | Mtg Loan Type: | **CONV** |
| Mtg Document #: | **391074** | Mtg Rate Type: | **ADJ** |
| Document Type: | **DEED OF TRUST** | | |
| Lender: | **BANK OF AMERICA** | Mtg Term: | |
| Loan Amount: | **$50,000** | Mtg Rate: | |
| Borrower 1: | **TURSI JOSEPH** | Borrower Vesting: | **HW / U /** |
| Borrower 2: | **TURSI SUEZELLA** | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

History Record #:   **20**
*Sale:*

| | | | |
|---|---|---|---|
| Sale Recording Date: | **01/22/1987** | Sale Price: | **$290,000** |
| Sale Date: | **01/1987** | Sale Price Type: | **FULL** |
| Rec. Document #: | **37193** | Multi/Split Sale: | |
| Document Type: | **CORPORATION GRANT DEED** | Other Document #: | |
| Title Company: | **FIRST AMERICAN TITLE INS CO/NY** | | |
| Buyer: | **TURSI JOSEPH & SUEZELLA J** | | |
| Seller: | **CITY FEDERAL SAVINGS BANK** | | |

*Finance:*

| | | | |
|---|---|---|---|
| Mtg Recording Date: | **01/22/1987** | Mtg Loan Type: | **PRIVATE PARTY** |
| Mtg Document #: | | Mtg Rate Type: | |
| Document Type: | | | |
| Lender: | | Mtg Term: | |
| Loan Amount: | **$110,000** | Mtg Rate: | |
| Borrower 1: | **TURSI JOSEPH** | Borrower Vesting: | **/ /** |
| Borrower 2: | **TURSI SUEZELLA J** | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

Prepared For:  Gerald Wolfe, Esq. PC
Account No:    20000900
Date:          October 22, 2009



**The First American Corporation**
CREDIT INFORMATION GROUP

*Data Source: First American Real Estate Solutions*

| | | | |
|---|---|---|---|
| History Record #: | **21** | | |
| ***Sale:*** | | | |
| Sale Recording Date: | **04/07/1986** | Sale Price: | **$34,000** |
| Sale Date: | **04/1986** | Sale Price Type: | **PARTIAL** |
| Rec. Document #: | 137591 | Multi/Split Sale: | |
| Document Type: | **GRANT DEED** | Other Document #: | |
| Title Company: | | | |
| Buyer: | **R K ELLIOTT CONSTRUCTION & DEV** | | |
| Seller: | **R K ELLIOTT CONSTRUCTION** | | |

| | | | |
|---|---|---|---|
| History Record #: | **22** | | |
| ***Sale:*** | | | |
| Sale Recording Date: | **09/23/1983** | Sale Price: | **$330,000** |
| Sale Date: | | Sale Price Type: | **FULL** |
| Rec. Document #: | 419400 | Multi/Split Sale: | |
| Document Type: | **DEED (REG)** | Other Document #: | |
| Title Company: | | | |
| Buyer: | **BYERS DONALD G** | | |
| Seller: | **SPRINGS MISSION** | | |
| ***Finance:*** | | | |
| Mtg Recording Date: | 09/23/1983 | Mtg Loan Type: | **PRIVATE PARTY** |
| Mtg Document #: | | Mtg Rate Type: | |
| Document Type: | | | |
| Lender: | | Mtg Term: | |
| Loan Amount: | **$258,300** | Mtg Rate: | |
| Borrower 1: | **BYERS DONALD G** | Borrower Vesting: | */ /* |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

Prepared For:   Gerald Wolfe, Esq. PC
Account No:     20000900
Date:           October 22, 2009



*The First American Corporation*

CREDIT INFORMATION GROUP

*Data Source: First American Real Estate Solutions*

## ValuePoint®4 Report
For Property Located At

### 28481 VIA ORDAZ, SAN JUAN CAPISTRANO CA 92675-2940
Owner Name: **WAGNER DEANA F**

### Valuation Result

| | |
|---|---|
| Estimated Value: | $917,000 |
| Estimated Value Range: | $892,000 - $1,199,000 |
| Value As Of: | 10/22/2009 |
| Processed Date: | 10/22/2009 |
| Score: | 75 |
| Forecasted Standard Deviation: | 9 |
| Comment: | VP4 Valuation Successful |

### Last Market Sale Information:

| | | | |
|---|---|---|---|
| Sale Price: | $995,000 | | |
| Recording/Sale Date: | 09/03/2004 / 06/22/2004 | | |
| Sale Type: | FULL | | |
| Seller Name: | REINHARDT ERNIE & SYDNEY | | |
| 1st Mtg Amount: | $650,000 | | |
| 1st Mtg Type: | CONV | | |
| 2nd Mtg Amount: | $115,000 | | |

### Prior Sale Information:

| | |
|---|---|
| Prior Sale Price: | $760,000 |
| Prior Rec/Sale Date: | 05/09/2003 / 04/21/2003 |
| Prior Sale Type: | FULL |
| Prior 1st Mtg Amt: | |
| Prior 1st Mtg Type: | |

### Location Information:

| | | | |
|---|---|---|---|
| County: | ORANGE, CA | APN: | 664-064-15 |
| Census Tract: | 320.23 | Township Name: | |
| Absentee Owner : | O | | |

### Property Information:

| | | | |
|---|---|---|---|
| Living Area: | 3,234 | Land Use: | SFR |
| Total Rooms: | 9 | Lot Area: | 12,350 |
| Bedrooms: | 3 | Year Built / Eff: | 1982 / 1983 |
| Bath(F/H): | 3 / | Air Conditioning: | |
| Pool: | SOLAR | Fireplace: | |
| # of Stories: | 2.00 | Parking: | |

### Tax Information:

| | | | |
|---|---|---|---|
| Assessed Value: | $854,000 | Assessed Year: | 2009 |
| Land Value: | $592,772 | Improvement Value: | $261,228 |

Prepared For:  Gerald Wolfe, Esq. PC
Account No:    20000900
Date:          October 22, 2009



*The First American Corporation*
CREDIT INFORMATION GROUP

*Data Source: First American Real Estate Solutions*

## Area Market Sales
### For Property Located At
### 28481 VIA ORDAZ, SAN JUAN CAPISTRANO CA 92675-2940

| Comp#: | 1 | | | Distance From Subject: 0.25 (miles) | |
|---|---|---|---|---|---|
| Address: | 28721 PASEO MIRALOMA, SAN JUAN CAPISTRANO CA 92675-5502 | | | | |
| Owner Name: | MARYOTT BRIAN L & MICHELE L | | | Living Area: | |
| Seller Name: | RANDOLPH J F & L TRUST | | | Total Rooms: | |
| APN: | 66414114 | Land Use: | SFR | Bedrooms: | 4 |
| County: | ORANGE, CA | Parking: | | Bath(F/H): | 1 / |
| Sale Price: | $870,000 | Prior Sale Price: | $388,000 | Year Built: | |
| Rec Date: | 05/08/2009 | Prior Rec Date: | 11/1989 | Air Cond: | YES |
| 1st Mtg Amt: | $696,000 | Lot Area: | 7,848 | Fireplace: | 1 |
| Total Value: | $564,490 | # of Stories: | | Pool: | |

| Comp#: | 2 | | | Distance From Subject: 0.46 (miles) | |
|---|---|---|---|---|---|
| Address: | 31192 VIA LIMON, SAN JUAN CAPISTRANO CA 92675-5551 | | | | |
| Owner Name: | PIKE JUDITH D | | | Living Area: | 2,860 |
| Seller Name: | ESTERLEY FAMILY TRUST | | | Total Rooms: | |
| APN: | 66413133 | Land Use: | SFR | Bedrooms: | 4 |
| County: | ORANGE, CA | Parking: | | Bath(F/H): | / |
| Sale Price: | $750,000 | Prior Sale Price: | $550,000 | Year Built: | 1994 |
| Rec Date: | 04/20/2009 | Prior Rec Date: | 08/18/1998 | Air Cond: | YES |
| 1st Mtg Amt: | | Lot Area: | 11,717 | Fireplace: | 1 |
| Total Value: | $669,569 | # of Stories: | | Pool: | POOL |

| Comp#: | 3 | | | Distance From Subject: 0.08 (miles) | |
|---|---|---|---|---|---|
| Address: | 28535 PASEO DIANA, SAN JUAN CAPISTRANO CA 92675-2905 | | | | |
| Owner Name: | MCDANIEL JAMES & PEGGY | | | Living Area: | 3,100 |
| Seller Name: | THOMAS W LAWRENCE & TAMARA | | | Total Rooms: | 7 |
| APN: | 66404212 | Land Use: | SFR | Bedrooms: | 4 |
| County: | ORANGE, CA | Parking: | 3 | Bath(F/H): | 2 / 1 |
| Sale Price: | $790,000 | Prior Sale Price: | $700,000 | Year Built: | 1978 |
| Rec Date: | 02/11/2009 | Prior Rec Date: | 02/14/2003 | Air Cond: | YES |
| 1st Mtg Amt: | $490,000 | Lot Area: | 10,211 | Fireplace: | 1 |
| Total Value: | $771,846 | # of Stories: | 1 | Pool: | |

| Comp#: | 4 | | | Distance From Subject: 0.37 (miles) | |
|---|---|---|---|---|---|
| Address: | 31332 PASEO CADIZ, SAN JUAN CAPISTRANO CA 92675-5507 | | | | |
| Owner Name: | ANDERSON LARRY | | | Living Area: | 2,729 |
| Seller Name: | TURCHIE ROBERT A & MICHELLE M | | | Total Rooms: | |
| APN: | 66415105 | Land Use: | SFR | Bedrooms: | 4 |
| County: | ORANGE, CA | Parking: | | Bath(F/H): | / |
| Sale Price: | $859,000 | Prior Sale Price: | $663,000 | Year Built: | 1989 |
| Rec Date: | 10/16/2008 | Prior Rec Date: | 11/04/2002 | Air Cond: | YES |
| 1st Mtg Amt: | $599,307 | Lot Area: | 8,486 | Fireplace: | 1 |
| Total Value: | $530,499 | # of Stories: | | Pool: | |

| Comp#: | 5 | | | Distance From Subject: 0.45 (miles) | |
|---|---|---|---|---|---|
| Address: | 28822 VIA BUENA VIS, SAN JUAN CAPISTRANO CA 92675-5557 | | | | |
| Owner Name: | CASTILLO JEFFREY A | | | Living Area: | |
| Seller Name: | MONTGOMERY BRIAN E | | | Total Rooms: | |
| APN: | 66416139 | Land Use: | SFR | Bedrooms: | 5 |
| County: | ORANGE, CA | Parking: | | Bath(F/H): | / |
| Sale Price: | $1,000,000 | Prior Sale Price: | $450,000 | Year Built: | |
| Rec Date: | 10/08/2008 | Prior Rec Date: | 10/17/1996 | Air Cond: | YES |
| 1st Mtg Amt: | $740,696 | Lot Area: | 12,230 | Fireplace: | 1 |
| Total Value: | $1,000,000 | # of Stories: | | Pool: | |

Prepared For:    Gerald Wolfe, Esq. PC
Account No:    20000900
Date:    October 22, 2009



*Data Source: First American Real Estate Solutions*

# EXHIBIT "C"

B6D (Official Form 6D) (12/07)

In re    **Deana F Wagner**                                         Case No.    **8:09-bk-18961**
_____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 09/2004 | | | | | |
| **American Home Mortgage** P.O. Box 631730 Irving, TX 75063 | | | W | | **Deed of Trust 1st** **Primary residence at 28481 Via Ordaz** San Juan Capistrano, CA 92675 | | | X | | |
| | | | | | Value $              926,000.00 | | | | 1,004,111.00 | 78,111.00 |
| Account No. | | | | | **Judgment Lien** | | | | | |
| **Amy Gallaher** 31103 Rancho Viejo Rd #226 San Juan Capistrano, CA 92675-1759 | | | W | | **Primary residence at 28481 Via Ordaz** San Juan Capistrano, CA 92675 | | | | | |
| | | | | | Value $              926,000.00 | | | | 32,000.00 | 32,000.00 |
| Account No. | | | | | **Auto Loan** | | | | | |
| **Chrysler Financial Services** P.O. Box 9223 Farmington, MI 48333 | | | W | | **2004 Dodge Ram 3500** | | | | | |
| | | | | | Value $               11,000.00 | | | | 4,810.45 | 0.00 |
| Account No. | | | | | **Home Equity Line of Credit** | | | | | |
| **Cit Financial Services** PO Box 624 Marlton, NJ 08053 | | | W | | **Primary residence at 28481 Via Ordaz** San Juan Capistrano, CA 92675 | | | | | |
| | | | | | Value $              926,000.00 | | | | 130,310.00 | 130,310.00 |

____**0**____ continuation sheets attached

| | | | |
|---|---|---|---|
| | Subtotal (Total of this page) | 1,171,231.45 | 240,421.00 |
| | Total (Report on Summary of Schedules) | 1,171,231.45 | 240,421.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

# EXHIBIT "D"

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. SA09-18961-RNK** |
| **DEANA F WAGNER** | § | |
| | § | **CHAPTER 13** |
| | § | |
| | § | **JUDGE ROBERT N. KWAN** |
| | § | |

**EXHIBIT A**

ITEMIZATION OF CLAIM AND SUMMARY OF SUPPORTING
DOCUMENTS FOR CLAIM OF AMERICAN HOME MORTGAGE SERVICING, INC, AS SERVICING
AGENT FOR WELLS FARGO BANK, N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST
2005-3 ASSET-BACKED CERTIFICATES, SERIES 2005-3
WELLS FARGO BANK, N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2005-3 ASSET-
BACKED CERTIFICATES, SERIES 2005-3

REGARDING CERTAIN COLLATERAL DESCRIBED AS:
28481 VIA ORDAZ, SAN JUAN CAPISTRANO, CALIFORNIA 92675

SECTION 1. ITEMIZATION OF CLAIM

| | | |
|---|---|---|
| 1. | Total Debt  (As of August 26, 2009) | $1,055,265.79 |
| 2. | Interest rate as of  August 26, 2009 | 5.00% |
| 3. | Interest from Last Paid Installment | $46,021.78 |
| 4. | Detail of arrearage: (through Aug 09) | |
| | 10 payments November 2008 through August 2009 @ $4,183.80 each: | $41,838.00 |
| | Accrued late charges | $1,255.15 |
| | ** ATTORNEY FEES AND COSTS $3,487.49 invoiced less $36.96 | $3,450.53 |

** OTHER CHARGES

| | |
|---|---|
| Inspection Fees | $48.00 |
| Appraisal Fees | $305.00 |
| NSF Fees | $90.00 |
| Less Suspense Account Balance | ($16.20) |

| | |
|---|---|
| TOTAL ARREARAGE | $46,970.48 |

The current monthly payment amount is $4,183.80.  The monthly payment amount may change due to escrow
requirements and/or interest rate adjustments.

Name of Creditor: American Home Mortgage Servicing, Inc, as servicing agent for Wells Fargo Bank, N.A. as
Trustee for Option One Mortgage Loan Trust 2005-3 Asset-Backed Certificates, Series 2005-3
Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2005-3 Asset-Backed Certificates, Series
2005-3
 ("Wells Fargo")
File Number 7417-N-0446 / poc

Form B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    CENTRAL DISTRICT OF CALIFORNIA SANTA ANA DIVISION | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Deana F Wagner | Case Number:SA09-18961-RNK |
|---|---|

**NOTE:** *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): AHMSI | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent: American Home Mortgage Servicing, Inc 4875 Belfort Road, Suite 130 Jacksonville, Florida 32256 | **Court Claim Number:** _____ *(If known)* Filed on: |
| Name and address where payment should be sent (if different from above): American Home Mortgage Servicing, Inc 4875 Belfort Road, Suite 130 Jacksonville, Florida 32256  Telephone Number:  (800) 704-0800 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.  ☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| 1.  **Amount of Claim as of Date Case Filed:**   $1,055,265.79  If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.  If all or part of your claim is entitled to priority, complete item 5.  ☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | 5.  **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).  If any  portion of your claim falls in one of  the following categories, check the box  and state the amount.**  Specify the priority of the claim.  ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).  ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).  ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).  ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).  ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).  ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).  **Amount entitled to priority:** $ _____  *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
| 2.  **Basis for Claim:**  Money Loaned           (See instruction #2 on reverse side.) | |
| 3.  **Last four digits of any number by which creditor identifies debtor:** xxxxxx7592  3a.  Debtor may have scheduled account as: _____           (See instruction #3a on reverse side.) | |
| 4.  **Secured Claim** (See instruction #4 on reverse side.)  Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the    requested  information.  **Nature of property or right of setoff:**  ☒  Real Estate  ☐  Motor Vehicle  ☐  Other: _____  Describe:  **Value of Property:** not available       **Annual Interest Rate:**  **Amount of arrearage and other charges as of time case filed included in secured claim,**  if any: $46,970.48  Basis for perfection: Recordation of Lien  **Amount of Secured Claim:** $1,055,265.79   **Amount Unsecured** $0.00 | |

| | |
|---|---|
| 6.  **Credits:**  The amount of all payments on this claim has been credited for the purpose of making this proof of claim.  7.  **Documents:**  Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary.  Attach redacted copies of documents providing evidence of perfection of  a security interest. You may also attach a summary. *(See instruction7 and definition of "redacted" on reverse side.)*  DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.  If the documents are not available, please explain: | |

| | | |
|---|---|---|
| Date: September 3, 2009 | **Signature:**  The person filing this claim must sign it. Sign and print name and title, if any, of the creditor  or  other person authorized to file this claim and state address and telephone number if different from the notice  address above.  Attach copy of power of attorney, if any.  /s/ Joe M. Lozano, Jr.  as Creditor's Authorized Agent          P.O. Box 829009          Dallas, TX 75382-9009 | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

7417-N-0446

| In re: DEANA WAGNER | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE: NUMBER: 8:09-bk-18961-RK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described _____ NOTICE OF MOTION AND MOTION TO AVOID LIEN OF 2ND DEED OF TRUST HOLDER; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS IN SUPP; [PROPOSED] ORDER _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  October 27, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee (SA)              Amrane Cohen, Chapter 13 Trustee
Ustpregion16.sa.ecf@usdoj.gov          efile@ch13ac.com

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On ___October 27, 2009_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Robert Kwan, 411 W. Fourth St., Suite 5165 Santa Ana, CA 92701-4593
Cit Financial Services, 510 Merchant Dr. Knoxville, TN 37912
Cit Financial Services, PO Box 624 Marlton, NJ 08053

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/27/09 | Nicci Fusaro | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.